### 19461. JONES *v.* THE STATE.

BROYLES, C. J. 1. The motion to dismiss the bill of exceptions is denied. 2. The evidence amply authorized the verdict, and none of the special grounds of the motion for a new trial show error requiring a new trial.

Judgment affirmed. *Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*M. B. Eubanks,* for plaintiff in error.

*J. F. Kelly,* solicitor-general, *M. Neil Andrews,* solicitor-general, *Dean Owens,* contra.